IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　Plaintiff,<br>　v.<br>ALFONSO CHAVEZ-CABRERA,<br>　　　　　　　　　Defendant. | No. CR 08-0613 WHA<br><br>[PROPOSED] STIPULATED ORDER CONTINUING CHANGE OF PLEA<br><br>**Current Hearing Date:** Tuesday, November 4, 2008 at 2:00 p.m.<br><br>**Proposed Hearing Date**: Tuesday, November 25, 2008 at 2:00 p.m. |

　　　The defendant Alfonso Chavez-Cabrera is currently scheduled to enter a guilty plea on Tuesday, November 4, 2008 at 2:00 p.m.. After that date was set, AFPD Kalar, counsel for Alfonso Chavez-Cabrera, realized that he has a conflicting medical appointment on that date and that he proposed the November 4th date in error.

　　　Therefore, the defense requests that the date for the change of plea be continued to Tuesday, November 25, 2008 at 2:00 p.m. The government has no objection to this request.

　　　The parties jointly recommend that time be excluded from November 4 to November 25, 2008 under the Speedy Trial Act for continuity of counsel. Counsel cannot appear on Tuesday, November 11, 2008 because it is a court holiday, and AFPD Kalar will be out of the state on a teaching assignment on Tuesday, November 18, 2008 and will therefore be

*Chavez-Cabrera*, CR 08-0613 WHA
ORD. CONT. CHANGE OF PLEA

unavailable.

Therefore, for good cause shown the change of plea hearing now scheduled for Tuesday, November 4, 2008 is vacated. The matter shall be added to the Court's calendar on Tuesday, November 25, 2008 at 2:00 p.m. for change of plea. Time shall be excluded under the Speedy Trial Act from November 4 to November 25, 2008 to permit continuity of counsel.

IT IS SO ORDERED.

October 31, 2008
DATED

*IT IS SO ORDERED*
*Judge William Alsup*

IT IS SO STIPULATED.

October 31, 2008                               /s/
DATED                                          JOSEPH P. RUSSONIELLO
                                               United States Attorney
                                               Northern District of California
                                               MATTHEW L. McCARTHY
                                               Assistant United States Attorney


October 31, 2008                               /s/
DATED                                          BARRY J. PORTMAN
                                               Federal Public Defender
                                               Northern District of California
                                               STEVEN G. KALAR
                                               Assistant Federal Public Defender

*Chavez-Cabrera*, CR 08-0613 WHA
ORD. CONT. CHANGE OF PLEA                      2